SAMUEL KAPLAN, a Minority Stockholder of the TWENTY-SEVEN WAVERLY PLACE CORPORATION, on Behalf of Himself, and Other Stockholders, and on Behalf of the Said TWENTY-SEVEN WAVERLY PLACE CORPORATION, Appellant, v. HELEN F. COPELAND and Others, Respondents, Impleaded with Others.— Order modified by striking out the third and fifth affirmative defenses, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ISIDOR RUBIN, Respondent, v. HOUBIGANT, INCORPORATED, and Another, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. (See Finsilver v. Still, 240 App. Div. 87.) Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARY ALSTED and Another, Respondents, Appellants, v. HUDSON RIVER DAY LINE, Appellant, Impleaded with CHARLES A. BROWN and Another, Respondents, and THE CITY OF NEW YORK, Defendant.— Judgment and order affirmed, with costs to the plaintiffs against the defendant Hudson River Day Line, and to the defendants Charles A. Brown and Waldo H. Perrish against the plaintiffs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of FLORA SIEGEL, Deceased. STATE TAX COMMISSION, Appellant; PHILIP SIEGEL, Individually and as Administrator, etc., of FLORA SIEGEL, Deceased, and Another, Respondents.— Order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BOOK-CADILLAC PROPERTIES, INCORPORATED, Appellant, v. JOHN C. DUNCAN and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JENNIE KAPLAN and Others, Respondents, v. ZIMETBAUM-SINGER CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

REGINA GREBELSKY, Respondent, v. JACK GREBELSKY, Appellant, and CORN EXCHANGE BANK AND TRUST COMPANY, Respondent.— Judgment affirmed, with costs to the plaintiff, respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, Townley and Untermyer, JJ.

MARIE CITARELLA and Another, Respondents, v. HENRY F. BYRNES, Appellant. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Townley and Untermyer, JJ.

SARAH FINKELBRAND, as Administratrix, etc., of MORRIS FINKELBRAND, Deceased, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Townley and Untermyer, JJ.